1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  G. RICHARD BROWN (SBN 050203)
   KARA K. UEDA (SBN 210044)
3  CELESTIAL S.D. CASSMAN (SBN 232400)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:    916.444.8334

6  Attorneys for Plaintiff
   STEVEN CALVERT

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN CALVERT, an individual    )   Case No. 2:06-CV-01564 DFL DAD
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND ORDER**
13       v.                         )   **CONTINUING FILING OF STATUS**
                                    )   **CONFERENCE STATEMENT**
14 CITY OF ISLETON, a California municipal )
   corporation, CITY COUNCIL OF THE CITY )
15 OF ISLETON, JIM MILLER, City of Isleton )
   Building Inspector, STEVEN ROSENTHAL, )
16 DEL VALLE CAPITAL CORPORATION, )
   INC., RONALD SWEPSTON, and DOES 1-20, )
17 inclusive                        )
                                    )
18              Defendants.         )

19

20       IT IS HEREBY STIPULATED by and among the parties, through their respective attorneys,

21 that the time for filing the Joint Status Conference Statement shall be extended from September 11,

22 2006 to October 26, 2006.

                                        McDONOUGH HOLLAND & ALLEN PC
23 Dated:  September 6, 2006             Attorneys at Law

24

25                                  By: _____
                                              G. Richard Brown
26
                                        Attorneys for Plaintiff Steven Calvert
27

28

                                        1
Stipulation and Order Continuing Filing of Status Conference Statement         953679v1 35684/0001

Dated: September ____, 2006              SOMACH, SIMMONS & DUNN
                                          A Professional Corporation


                                          By: _____
                                                    Michael E. Vergara

                                          Attorneys for Defendants City of Isleton,
                                          City Council of the City of Isleton and Jim Miller


                                          SHEPPARD MULLIN RICHTER & HAMPTON LLP
Dated: September ____, 2006


                                          By: _____
                                                    Charles J. Antonen

                                          Attorneys for Defendants Del Valle Corporation,
                                          Del Valle Capital Corporation, Inc. and Steven Rosenthal


Dated: September ____, 2006
                                          _____- *Did Not Respond* -_____
                                                    Ronald Swepston




IT IS SO ORDERED:  September 12, 2006


/s/ David F. Levi_____
          Chief Judge David F. Levi