McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
G. RICHARD BROWN (SBN 050203)
KARA K. UEDA (SBN 210044)
CELESTIAL S.D. CASSMAN (SBN 232400)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Plaintiff
STEVEN CALVERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CALVERT, an individual<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ISLETON, a California municipal corporation, CITY COUNCIL OF THE CITY OF ISLETON, JIM MILLER, City of Isleton Building Inspector, STEVEN ROSENTHAL, DEL VALLE CAPITAL CORPORATION, INC., RONALD SWEPSTON, and DOES 1-20, inclusive<br><br>    Defendants. | Case No. 2:06-CV-01564 DFL DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON CITY OF ISLETON'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the hearing on the City of Isleton's Motion to Dismiss, now set for Friday, November 3, 2006 at 10:00 a.m. in Courtroom 27, shall be continued to Friday, December 1, 2006 at 10:00 a.m. in Courtroom 27.

Dated: October 12, 2006   McDONOUGH HOLLAND & ALLEN PC
              Attorneys at Law


            By: _____*/s/ G. Richard Brown*_____
              G. Richard Brown
            Attorneys for Plaintiff Steven Calvert

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October _12_, 2006 | SOMACH, SIMMONS & DUNN<br>A Professional Corporation |

By: _____/s/ Michael E. Vergara_____
Michael E. Vergara

Attorneys for Defendants City of Isleton,
City Council of the City of Isleton and Jim Miller

IT IS SO ORDERED:

Dated:   October 23, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/calvert1564.stipord

PDF created with pdfFactory trial version www.pdffactory.com