McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
G. RICHARD BROWN (SBN 050203)
KARA K. UEDA (SBN 210044)
CELESTIAL S.D. CASSMAN (SBN 232400)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Plaintiff
STEVEN CALVERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CALVERT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ISLETON, a California municipal corporation, CITY COUNCIL OF THE CITY OF ISLETON, JIM MILLER, City of Isleton Building Inspector, STEVEN ROSENTHAL, DEL VALLE CAPITAL CORPORATION, INC., RONALD SWEPSTON, and DOES 1-20, inclusive<br><br>    Defendants. | Case No. 2:06-CV-01564 DFL DAD PS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and among the parties, through their respective attorneys, that the Status Conference shall be continued from Friday, November 3, 2006 to a date selected by the Court after the hearing on the two motions currently set to be heard on December 1, 2006. Pursuant to the Court's Order Setting Status Conference dated September 18, 2006, the parties shall

///

///

///

///

///



1

PDF created with pdfFactory trial version www.pdffactory.com

1  file their status reports no later than seven (7) days before the rescheduled Status Conference.

2  Dated: October __24__, 2006         McDONOUGH HOLLAND & ALLEN PC
                                       Attorneys at Law

                                       By: _____*/s/ G. Richard Brown*_____
                                                   G. Richard Brown

                                       Attorneys for Plaintiff Steven Calvert

   Dated: October __24__, 2006         SOMACH, SIMMONS & DUNN
                                       A Professional Corporation

                                       By: _____*/s/ Michael E.Vergara*_____
                                                   Michael E. Vergara

                                       Attorneys for Defendants City of Isleton,
                                       City Council of the City of Isleton and Jim Miller

                                       SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Dated: October __24__, 2006

                                       By: _____*/s/ Lee. S.W. Cobb*_____

                                       Attorneys for Defendants Del Valle Corporation,
                                       Del Valle Capital Corporation, Inc. and Steven Rosenthal

   Dated: October __24__, 2006

                                                _____*/s/ Ronald Swepston*_____
                                                        Ronald Swepston

IT IS SO ORDERED:

Dated:   October 25, 2006

                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order Continuing of Status Conference                              963074v1 35684/0001

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Ddad1/orders.prose/calvert1564.stipord
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

PDF created with pdfFactory trial version www.pdffactory.com