IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN CALVERT,

    Plaintiff,

    v.

CITY OF ISLETON, et al.,

    Defendants.

No. CIV S-06-1564 DFL DAD PS

ORDER RE-SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

A Status (Pretrial Scheduling) Conference was previously set in this case for November 3, 2006. By stipulation and order filed October 26, 2006, the Status Conference was continued to a date to be selected by the court after the hearing on two motions that were set to be heard on December 1, 2006. The motions having been heard on December 1, 2006, and findings and recommendations having been issued, IT IS ORDERED that:

    1. The Status (Pretrial Scheduling) Conference is re-set for **August 3, 2007, at 11:00 a.m.**, in Courtroom 27, before the undersigned.

    2. All parties shall appear at the Status Conference by counsel, or in person if acting without counsel. Telephonic appearance will be permitted. To arrange telephonic appearance, counsel or a party acting without counsel shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, by 4:00 p.m. on August 1, 2007.

3. Each of the parties shall file and serve, no later than 4:00 p.m. on July 27, 2007, a status report addressing the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action.

DATED: June 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1/orders.prose/calvert1564.ossc2