1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN CALVERT,

11            Plaintiff,                    No. CIV S-06-1564 DFL DAD PS

12        vs.

13   CITY OF ISLETON, et al.,

14            Defendants.                   ORDER

15   _____/

16   RONALD SWEPSTON,

17            Cross-Complainant,

18        vs.

19   STEVEN CALVERT, et al.,

20            Cross-Defendants.

21   _____/

22            Three of the defendants removed this civil rights action from Sacramento Superior

23   Court.  After one of the defendants appeared pro se, the matter was referred to a United States

24   Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(a).

25            On May 10, 2007, the magistrate judge filed findings and recommendations herein

26   which were served on all parties and which contained notice to all parties that any objections to the

findings and recommendations were to be filed within ten days.  None of the parties have filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 10, 2007, are adopted in full;

2.  The motion to dismiss filed by defendants City of Isleton, City Council of Isleton, and Jim Miller on September 26, 2006, is granted as to plaintiff's second cause of action against defendant Jim Miller and is otherwise denied;

3.  Defendants City of Isleton, City Council of Isleton, and Jim Miller shall file their answer to plaintiff's first amended complaint in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure; and

4.  Plaintiff's October 17, 2006 motion to dismiss is granted as to both of defendant Swepston's cross-claims against plaintiff.

ENTERED this 1st day of August, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE