IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN CALVERT,

    Plaintiff,                        No. CIV S-06-1564 DAD

    v.

CITY OF ISLETON, et al.,         ORDER

    Defendants.

_____/

        By order filed August 2, 2007, defendants City of Isleton, City Counsel of Isleton, and Jim Miller were ordered to file their answer to plaintiff's first amended complaint in accordance with Fed. R. Civ. P. 12(a)(4)(A). The specified rule requires a party to serve a responsive pleading within 10 days after notice of the court's order denying a motion permitted under Rule 12. Defendants' answer is overdue. IT IS ORDERED that defendants City of Isleton, City Counsel of Isleton, and Jim Miller shall file their answer within ten days after this order is served.

DATED: October 3, 2007.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1/orders.consent/calvert1564.ord.ans