1  SOMACH, SIMMONS & DUNN
   A Professional Corporation
2  MICHAEL E. VERGARA, ESQ. (SBN 137689)
   ERIC W. DAVIS, ESQ. (SBN 238343)
3  813 Sixth Street, Third Floor
   Sacramento, CA  95814
4  Telephone:  (916) 446-7979
   Facsimile:  (916) 446-8199
5
   Attorneys for CITY OF ISLETON,
6  a California municipal corporation,
    CITY COUNCIL OF THE CITY
7  OF ISLETON, and JIM MILLER,
   City of Isleton Building Inspector
8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11  STEVEN CALVERT, an individual,       )
                                         )   CASE NO. 2:06-cv-01564 DAD
12           Petitioner/Plaintiff,       )
                                         )
13      v.                               )   AMENDED STIPULATION AND
                                         )   ORDER REQUESTING EARLY
14  CITY OF ISLETON, a California        )   SETTLEMENT CONFERENCE AND
    municipal corporation, CITY COUNCIL  )   CONTINUANCE OF STATUS
15  OF THE CITY OF ISLETON, JIM          )   (PRETRIAL SCHEDULING) ORDER
    MILLER, City of Isleton Building     )   DATES
16  Inspector, STEVEN ROSENTHAL, DEL     )
    VALLE CAPITAL CORPORATION,           )
17  INC., RONALD SWEPSTON, and DOES      )   Date: May 22, 2008
    1-20 Inclusive,                      )   Time: 10:00 a.m.
18                                       )   Courtroom: 27
           Respondents/Defendants.       )   Judge: Hon. Dale A. Drozd
19                                       )
    RONALD SWEPSTON,                     )
20                                       )
           Cross-Complainant,            )
21                                       )
        v.                               )
22                                       )
    STEVEN CALVERT; CITY OF              )
23  ISLETON,                             )
                                         )
24         Cross-Defendants.             )

25         IT IS HEREBY STIPULATED, by and between the parties and their respective

26  counsel, under Local Rule 16-270 and 83-143, and subject to approval of this Court, that the

27  parties attend and participate in an early settlement conference before Magistrate Judge Dale

28  A. Drozd on May 22, 2008.  The agreed-upon date has been approved by Magistrate Court

SOMACH, SIMMONS & DUNN
A PROFESSIONAL CORPORATION

1

Amended Stipulation & [Proposed] Order Requesting Early Settlement Conference and Staying Status (Pretrial Scheduling) Order Dates

Clerk Pete Buzo. The parties also waive any claim of disqualification of Judge Drozd to continue to act as trial judge in this case should the parties fail to settle at this early settlement conference.

The parties request an early settlement conference and a modification of the scheduling order for good cause in order to diligently preserve judicial resources and to further settlement. A good cause standard must be met to assure the Court that the pretrial schedule should be modified. Good cause is achieved when the parties are working toward settlement, and it is apparent to the Court that moving the pretrial deadlines would enhance the ability of the parties to achieve a settlement. *Johnson v. Mammoth Recreations, Inc.* (9th Cir. 1992) 975 F.2d 604, 609, concluding that, under Rule 16(b), the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension.

In order to conduct a meaningful settlement conference, the parties request a stay of all remaining dates listed in the Status (Pretrial Scheduling) Order filed by the Court on October 3, 2007, and continue those dates as follows:

      July 25, 2008 – Complete all discovery;

      September 19, 2008 – Last day to hear motions;

      December 19, 2008 at 1:30 p.m. – Final Pretrial Conference; and

      February 23, 2009 - Trial

Dated:  March 11, 2008                  SOMACH SIMMONS & DUNN
                                          A Professional Corporation

                                          By:  /s/ Michael E. Vergara
                                                  Michael E. Vergara

                                          Attorneys for Defendants and Cross-Claimants CITY OF ISLETON, a California municipal corporation, CITY COUNCIL OF THE CITY OF ISLETON, JIM MILLER, City of Isleton Building Inspector

///

///

SOMACH, SIMMONS & DUNN
A PROFESSIONAL CORPORATION

2

Amended Stipulation & [Proposed] Order Requesting Early Settlement Conference and Staying Status (Pretrial Scheduling) Order Dates

///

| | |
|---|---|
| Dated: March 10, 2008 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law |

By:   /s/ G. Richard Brown
            G. Richard Brown
Attorneys for Plaintiff Steven Calvert

Dated: March 10, 2008         SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:   /s/ Dylan I. Ballard
            David P. Lanferman/Dylan I. Ballard
Attorneys for Defendants Del Valle Capital
Corporation, Inc. and Steven D. Rosenthal

Dated: March 11, 2008         By:   /s/ Ronald Swepston
                                            Ronald Swepston, Pro Se

## ORDER

IT IS HEREBY ORDERED that good cause was shown and the request for an early settlement conference on May 22, 2008, at 10:00 a.m., before Magistrate Judge Dale A. Drozd and continuance of dates set forth in the Status (Pretrial Scheduling) Order is granted.

DATED: March 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/calvert1564.stipord

SOMACH, SIMMONS & DUNN
A PROFESSIONAL CORPORATION

3

Amended Stipulation & [Proposed] Order Requesting Early Settlement Conference and Staying Status (Pretrial Scheduling) Order Dates

## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 813 Sixth Street, Third Floor, Sacramento, California; I am over the age of 18 years and not a party to the foregoing action.

On March 11, 2008, a true and correct copy of the AMENDED STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE AND STAYING STATUS (PRETRIAL SCHEDULING) ORDER DATES was served electronically via the Court's e-filing system to Counsel of Record.

On March 11, 2008, I also served a true and correct copy of the above document by mail on the party(s) listed below, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At Somach Simmons & Dunn, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.  I also served a true and correct copy of the above document by transmitting to the person listed below, at the telecopier number identified, and obtained electronic confirmation that the transmission had been received.

Ron Swepston
P. O. Box 338
Pacific Palisades, CA  90272
Facsimile: (916) 777-6700

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 11, 2008, at Sacramento, California.

                                                                     /s/ Jane L. Pratt
                                                                     Jane L. Pratt

SOMACH, SIMMONS & DUNN
A PROFESSIONAL CORPORATION

4

Amended Stipulation & [Proposed] Order Requesting Early Settlement Conference and Staying Status (Pretrial Scheduling) Order Dates