McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
G. RICHARD BROWN (SBN 050203)
KARA K. UEDA (SBN 210044)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334
www.mhalaw.com

Attorneys for Plaintiff
STEVEN CALVERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CALVERT, an individual ) | Case No. 2:06 CV 1564 DAD |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER RESCHEDULING SETTLEMENT CONFERENCE AND VACATING TRIAL DATE AND DEADLINES RELATED THERETO** |
| CITY OF ISLETON, a California municipal corporation, CITY COUNCIL OF THE CITY OF ISLETON, JIM MILLER, City of Isleton Building Inspector, STEVEN ROSENTHAL, DEL VALLE CAPITAL CORPORATION, INC., RONALD SWEPSTON, and DOES 1-20, inclusive ) | |
| Defendants. ) | |

This STIPULATION is made with reference to the following facts, among others:

   A.   A Settlement Conference was set to be heard by the Court on May 22, 2008.

   B.   Because of other matters before the Court, the Court, on its own motion, has vacated the Settlement Conference.

   C.   The parties are desirous of having a Settlement Conference with the Court before spending additional resources on preparation for trial and, thus, are willing that the current trial date and accompanying pre-trial deadlines be vacated.

   D.   The parties have mutually selected, and the Court has agreed, to a Settlement Conference on Thursday, October 16, 2008, at 10:00 a.m  before the Honorable Dale A. Drozd.



1  THEREFORE IT IS STIPULATED AS FOLLOWS;

2  1.  The current trial date of October 20, 2008 will be vacated, as well as any pre-trial deadlines previously set by the Court.

4  2.  The parties will engage in a Settlement Conference on Thursday, October 16, 2008, at 10:00 a.m. before the Honorable Dale A. Drozd.

6  3.  In the event the parties are unable to settle this matter at that time, the Court will assign a new trial date and related pre-trial deadlines.

Dated:  May 20, 2008    McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____/s/_____
G. Richard Brown

Attorneys for Plaintiff Steven Calvert

Dated: May 22, 2008    SOMACH, SIMMONS & DUNN
A Professional Corporation

By: _____/s/_____
Michael E. Vergara

Attorneys for Defendants City of Isleton,
City Council of the City of Isleton and Jim Miller

Stipulation and Order Rescheduling Settlement Conference, etc.    1098830v1 35684/0001

Dated: May 22, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
David Lanferman

Attorneys for Defendants Del Valle Corporation,
Del Valle Capital Corporation, Inc. and Steven Rosenthal

Dated: May 19, 2008

_____/s/_____
Ronald Swepston, In Pro Per

The current trial date of February 23, 2009, and all current pretrial dates are vacated.

IT IS SO ORDERED:

DATED:  May 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/calvert1564.stipord(2)



3

Stipulation and Order Rescheduling Settlement Conference, etc.     1098830v1 35684/0001