1   SOMACH SIMMONS & DUNN
    A Professional Corporation
2   MICHAEL E. VERGARA, ESQ. (SBN 137689)
    ERIC W. DAVIS, ESQ. (SBN 238343)
3   813 Sixth Street, Third Floor
    Sacramento, CA 95814-2403
4   Telephone: (916) 446-7979
    Facsimile:  (916) 446-8199
5
    Attorneys for Defendants and Cross-Defendants
6   CITY OF ISLETON, a California municipal
    corporation, CITY COUNCIL OF THE CITY OF
7   ISLETON, JIM MILLER, City of Isleton
    Building Inspector
8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12  STEVEN CALVERT, an individual,          CASE NO. 06-CV-01564-DAD PS

13              Petitioner/Plaintiff,       REQUEST TO REMOVE FROM
                                            COURT'S CALENDAR A MOTION TO
14       v.                                 WITHDRAW AS ATTORNEY OF
                                            RECORD; ORDER
15  CITY OF ISLETON, a California municipal
    corporation, CITY COUNCIL OF THE CITY   Date:        October 3, 2008
16  OF ISLETON, JIM MILLER, City of Isleton Time:        10:00 a.m.
    Building Inspector, STEVEN ROSENTHAL,   Courtroom:   27
17  DEL VALLE CAPITAL CORPORATION,
    INC., RONALD SWEPSTON, and DOES 1-20
18  Inclusive,

19              Respondents/Defendants.

20  RONALD SWEPSTON,

21              Cross-Complainant,

22       v.

23  STEVEN CALVERT; CITY OF ISLETON,

24              Cross-Defendants.

25       WHEREAS, Somach Simmons & Dunn (SSD), a professional corporation,

26  attorney of record for City of Isleton, has scheduled on the Court's October 3, 2008

27  calendar a motion for an order permitting SSD to withdraw as attorney of record for the

28  City of Isleton; and

1    WHEREAS, David J. Larsen, SBN 90313, has agreed to represent the City of

2  Isleton in this matter in place of SSD; and

3    WHEREAS, Mr. Larsen will take the necessary steps for admission to practice law

4  before the United States District Court for the Eastern District of California; and

5    WHEREAS, Mr. Larsen will prepare and file a Substitution of Attorney in this

6  matter, replacing SSD as attorney of record.

7    THEREFORE, SSD requests that the Court remove from its October 3, 2008

8  calendar the motion for an order permitting SSD to withdraw as attorney of record for the

9  City of Isleton.

10  Dated: October 2, 2008                    SOMACH SIMMONS & DUNN
                                           A Professional Corporation
11

12                                   By:   /s/ Eric W. Davis
                                          Eric W. Davis
13                                        Attorneys for Defendants and Cross-
                                          Defendants CITY OF ISLETON, a
14                                        California municipal corporation,
                                          CITY COUNCIL OF THE CITY OF
15                                        ISLETON, JIM MILLER, City of
                                          Isleton Building Inspector
16

17    IT IS SO ORDERED.  The Motion to Withdraw as Attorney of Record (Doc.

18  No. 70) is deemed withdrawn.

19  Date:   10/3/08                          _Jule A. Joyd_____
                                           Magistrate Judge
20

21

22

23

24

25

26

27

28

SOMACH SIMMONS & DUNN
A Professional Corporation