IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN CALVERT,

        Plaintiff,

   v.

CITY OF ISLETON, et al.,

        Defendants.

No. CIV S-06-1564 DAD PS

ORDER

/

        This case came before the court on October 29, 2010, for a status conference at which the court intended to set dates for Final Pretrial Conference and Jury Trial. Kara K. Ueda, Esq. appeared for plaintiff. David J. Larsen, Esq. appeared for defendants City of Isleton, City Council of the City of Isleton, and Jim Miller. Dylan I. Ballard, Esq. appeared telephonically for defendants Del Valle Capital Corporation, Inc. and Steven Rosenthal. Defendant Ronald Swepston, proceeding pro se in this case, appeared telephonically on his own behalf.

        Although all parties filed status reports, as required by the court's September 21, 2010 order,[1] none of the parties proposed dates for Final Pretrial Conference and Jury Trial.

/////

---

[1] All status reports were timely filed but for defendant Swepston's which was mailed on the date it was required to be filed with the court and was therefore not timely filed.

1

Good cause appearing, IT IS ORDERED that:

1. Plaintiff's notice of dismissal or stipulated dismissal of defendants Del Valle Corporation, Inc. and Steven Rosenthal shall be filed on or before November 12, 2010.

2. A final settlement conference is set for December 9, 2010, at 10:00 a.m. before the undersigned in Courtroom 27. All parties shall appear in person, and counsel shall have full settlement authority or be accompanied by a principal with such authority. Confidential settlement statements shall be submitted so that they reach the court by close of business on December 6, 2010.

3. If the settlement conference on December 9, 2010 does not result in settlement of all remaining claims, cross-claims, and counterclaims, the court may set the case for Final Pretrial Conference during the week of January 10 through 14, 2011, and may set Jury Trial on available dates in February and/or March 2011. Counsel are cautioned that any substitutions of counsel must be made so as to enable new counsel to prepare the Pretrial Statement which may be due as early as December 27, 2010.

DATED: October 29, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.consent\calvert1564.oah.102910