1  KARA K. UEDA, Bar No. 210044
   kara.ueda@bbklaw.com
2  Best Best & Krieger LLP
   400 Capitol Mall, Suite 1650
3  Sacramento, CA  95814
   Telephone: (916) 325-4000
4  Facsimile: (916) 325-4010

5  Attorneys for Plaintiff
   Steven Calvert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CALVERT,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF ISLETON, CITY COUNCIL OF THE CITY OF ISLETON, JIM MILLER, STEVEN ROSENTHAL, DEL VALLE CAPITAL CORPORATION, INC., RONALD SWEPSTON, and DOES 1 through 20, inclusive,<br><br>          Defendant. | Case No.  2:06-CV-01564 DAD<br><br>**STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE SETTLEMENT AGREEMENT AND DISMISSAL OF ACTION** |

Case No. 2:06-CV-01564 DAD                              STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff STEVEN CALVERT (hereinafter "Plaintiff") and Defendants CITY OF ISLETON, CITY COUNCIL OF THE CITY OF ISLETON, JIM MILLER, AND RONALD SWEPSTON (hereinafter "Defendants") acting by and through their respective counsel of record, as follows:

1. The parties are in the process of finalizing settlement discussions.

2. Given this status, and the parties' desire to facilitate the settlement process and avoid unnecessary expense litigating the case, the parties respectfully request that the Court grant an additional 30 days in which to negotiate a settlement.

IT IS SO STIPULATED.

Dated: May 9, 2011.                          BEST BEST & KRIEGER LLP


                                             By: /s/ Kara K. Ueda
                                                 KARA K. UEDA
                                                 Attorneys for Plaintiff
                                                 Steven Calvert

Dated: May 12, 2011.                         CITY OF ISLETON


                                             By:   /s/ David J. Larsen
                                                  DAVID J. LARSEN
                                                  Attorneys for Respondent
                                                  City of Isleton

Dated: May 4, 2011.                          RON SWEPSTON


                                             By:  /s/ Ron Swepston
                                                       IN PRO PER


## ORDER

After settlement negotiations on March 10, 2011, this case settled, and the terms and conditions of that settlement were placed on the record in open court. The parties' written settlement agreement and dismissal of this action were to be filed with the court within thirty days after March 10, 2011. More than seventy days have passed, and the required documents have still not been filed with the court by the parties. By this order, the parties are granted a final extension

of time to June 22, 2011 to file their settlement agreement and dismissal of the action. A status conference is now set for June 24, 2011, at 10:00 a.m. in Courtroom 27 before the undersigned. If dispositional documents are filed on or before June 22, 2011, the status conference will be vacated. If dispositional documents are not timely filed, all parties and counsel shall appear in person at the status conference to discuss enforcement of the terms and conditions of the settlement that was placed on the record on March 10, 2011. Sanctions may be imposed on all parties and counsel responsible for the delay in complying with the court's orders regarding the filing of dispositional documents.

IT IS SO ORDERED.

DATED: May 20, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\calvert1564.stipord.dispodocs.DOC

- 3 -